Augusta C. Stafford, Respondent, v. Frank B. Stafford, Appellant.— Motion for leave to appeal to Court of Appeals denied, without costs.

Buffalo Savings Bank, Respondent, v. The Polish Roman Catholic Church of the Holy Mother of the Rosary of Buffalo and Others, Respondents. Diocese of Buffalo, Intervenor, Appellant.— Motion of Donnelly & O'Neil to amend order denied, with ten dollars costs. Held, the rights and interest of the attorneys, Donnelly and O'Neil, are sufficiently cared for by the "ninth" paragraph of the order appealed from.

Leslie G. Loomis and Another, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion granted, and order of reversal entered November 20, 1912 (See 153 App. Div. 938), amended so as to state that the reversal was made upon questions of law only and that the facts had been examined and no error found therein.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners of Appraisal to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by the Change of Grade, etc., and Owned by George Urban Milling Company and Others. Proceeding No. 101.— Motion granted and questions certified to Court of Appeals resettled.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners of Appraisal to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by the Change of Grade, etc., and Claimed to Be Owned by Barber Asphalt Paving Company and Others. Proceeding No. 97.— Motion granted and questions certified to Court of Appeals resettled.

Michael Kearon Brinkman, Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence presents a question of fact as to whether the defendant was negligent in failing to adopt a reasonable and proper system of inspection of the chains furnished plaintiff in the performance of his work. All concurred, except Foote, J., who dissented.

George C. Rapelye, Appellant, v. Leo O. Coupe and Another, as Administrators, etc., and The Trustees of First Welsh Congregational Society of Deerfield, Respondents.— Judgment affirmed, with costs. All concurred, except Lambert, J., who dissented upon the grounds: 1. That there is no proof in the case supporting or tending to support the "sixth," "seventh" and "eighth" findings of fact. 2. That the conclusions of law numbered consecutively and inclusive of findings "first" to "eighth" are without warrant of law and ineffectual to sustain the judgment here in review. 3. That the judgment is contrary to law.

Herbert Kelderhouse, Respondent, v. John V. McGarry and Another, Appellants.— Judgment affirmed, with costs. All concurred.

Ellen Mauerer, Respondent. v. Mary Hickler, Appellant.— Judgment and order affirmed, with costs. All concurred.